UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRAYMONTE B. SNIPES,

    Plaintiff,

v.                                                                                  Case No. 5:25-cv-119-MCR-MJF

APALACHEE CORRECTIONAL
INSTITUTION,

    Defendant.
_____/

# **ORDER**

The Magistrate Judge issued a Report and Recommendation dated June 10, 2025. *See* ECF No. 6. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g) based on Plaintiff's failure to demonstrate that he faces imminent danger of serious physical injury or pay the filing fee.

3. The Clerk is directed to close this case file.

**DONE AND ORDERED** this 2nd day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**